HARRIS ET AL., RESPONDENTS, *v.* RAMSEY, APPELLANT.

[Submitted June 7, 1895.  Decided June 10, 1895.]

APPEAL—*Change of venue—Failure to file briefs.*—An order granting a motion for a change of venue will be affirmed on appeal where no error in the exercise of discretion appears, and no brief is filed or argument made by the appellant. (*City of Helena* v. *Brule*, 15 Mont. 429; *State* v. *Dakin*, 15 Mont. 556, cited.)

*Appeal from Fourth Judicial District, Missoula County.*

PLAINTIFFS' motion for a change of venue was granted by WOODY, J.  Affirmed.

*Marshall & Corbett,* for Appellant.

*Bickford, Stiff & Hershey,* for Respondents.

DE WITT, J.—This is an appeal from an order granting a motion for a change of venue, made upon the grounds of the convenience of the witnesses and the ends of justice. (Code of Civil Procedure, § 62.)  Upon the hearing affidavits were used in support of and in opposition to the motion.  We find no error in the exercise of discretion of the lower court.

No brief was filed by appellant, and no argument made by him in this court.  When appellants take such course, we shall

not make an elaborate search to find error. ( *City of Helena* v. *Brule*, 15 Mont. 429, citing *Territory* v. *Roberts*, 9 Mont. 12; *Territory* v. *Mooney*, 8 Mont. 151; *Territory* v. *Stanton*, 8 Mont. 157; *State* v. *Dakin*, 15 Mont. 556.)

The order appealed from is affirmed.

*Affirmed.*

PEMBERTON, C. J., and HUNT, J., concur.